CITY OF NEW YORK, Appellant, v. HANNAH FREEDAS, Also Known as HANNAH KURTZ, Respondent.—

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.